UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BYRON JERMAINE WELTON,                    CIVIL NO.  15-2434 (MJD/JSM)

       Plaintiff,

v.                                        ORDER

DR. PLIENE; DR. MCKENZIE;
P.A. OLSON; DR. STANTON; and
DR. U. BOCANEGRA,

       Defendants.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 17, 2015.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1.    This action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

2.    Petitioner Byron Jermaine Welton's application to proceed *in forma pauperis* [Docket No. 2] is DENIED AS MOOT.

3.    Welton's Motion to Amend Pleadings [Docket No. 6] is DENIED AS MOOT.

4.    Welton's Motion to Settle Out of Court [Docket No. 10] is DENIED AS MOOT.

5.    Welton's Motion to Appoint Counsel and Motion to Answer Interrogatories [Docket No. 11] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:    July 16, 2015

s/Michael J. Davis

MICHAEL J. DAVIS
United States District Judge